PALMER v. YATES, appellant. From Guilford. *J. A. Barringer, L. M. Scott, G. S. Ferguson* and *C. E. McLean*

for plaintiff; *J. N. Wilson* and *Scales, Taylor & Scales* for defendant. Affirmed.